**[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 1282.]**

THE STATE OF OHIO, APPELLANT, *v*. SAID, APPELLEE.

[Cite as *State v. Said*, 1996-Ohio-261.]

*Motion for reconsideration dismissed as improvidently granted.*

(No. 93-1085—Submitted December 12, 1995—Decided January 31, 1996.)

APPEAL from the Court of Appeals for Lake County, No. 92-L-018.

ON MOTION FOR RECONSIDERATION.

———————————

*Charles E. Coulson,* Lake County Prosecuting Attorney*, Michael D. Murray, Ariana E. Tarighati* and *Julie E. Mitrovich*, Assistant Prosecuting Attorneys*,* for appellant.

*Paul H. Hentemann,* for appellee*.*

*David H. Bodiker,* State Public Defender, *Randy D. Ashburn* and *John B. Heasley,* Assistant Public Defenders, urging affirmance for *amicus curiae*, Office of Ohio Public Defender.

———————————

{¶ 1} A motion for reconsideration was granted in this cause on February 15, 1995, in 71 Ohio St.3d 1467, 644 N.E.2d 1389, and oral arguments were again presented on December 12, 1995.

{¶ 2} The motion for reconsideration requesting this court to reconsider its ruling in *State v. Said* (1994), 71 Ohio St.3d 473, 644 N.E.2d 337, is dismissed, *sua sponte*, as having been improvidently granted.

MOYER, C.J., WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

DOUGLAS, J., dissents.

———————————